AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 2:18-MJ-02962 | Date and time warrant executed: November 8, 2018 at | Copy of warrant and inventory left with: Locker #130 |
| Inventory made in the presence of: No one present | | |

*Inventory of the property taken and name of any person(s) seized:*

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

    Nothing seized

(by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 11-27-18

*Executing officer's signature*

Jeremy Pearson, SA
*Printed name and title*

AUSAs: Lindsey Dotson (x4443), Joseph Axelrad (x7964)